[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10078
Non-Argument Calendar

_____

D.C. Docket No. 1:08-cr-20897-DMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES JOVAN LADSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 2, 2012)

Before WILSON, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard Klugh, appointed counsel for James Jovan Ladson, in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ladson's sentences are **AFFIRMED**.